No. 501. WHITE ET AL. *v.* HOWARD ET AL.

*Per Curiam:* The judgment is vacated and the cause is remanded to the District Court with instructions to dismiss the complaint. MR. JUSTICE BLACK, MR. JUSTICE REED, and MR. JUSTICE DOUGLAS dissent. They would postpone the question of jurisdiction to the merits. THE CHIEF JUSTICE took no part in the consideration or disposition of this case. *Lester E. Wills* for appellants. *Perry W. Howard, Sr.* for appellees.

No. 539. LATTAVO BROTHERS, INC. *v.* HUDOCK.

*Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Ernie Adamson* for appellant. *Frank F. Truscott,* Attorney General of Pennsylvania, and *Harry F. Stambaugh* for appellee.